IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| JOSE IGNACIO SANDOVAL, | CASE NO. 3:24-CV-3018 |
| Petitioner, | |
| vs. | MOTION FOR LEAVE TO FILE UNDER SEAL |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

COMES NOW Jim K. McGough, pursuant to Local Rule 5(c), and moves this Honorable Court to enter an Order allowing him leave to file his Affidavit and Exhibits A through H under seal for the reason that the described documents include confidential information that he does not believe should be available to the public.

WHEREFORE, Jim K. McGough respectfully requests that this Honorable Court grant his Motion for Leave to File Under Seal the following documents: (1) Affidavit of Jim K. McGough, and (2) Exhibits A through H.

BY:    /s/Jim K. McGough
Jim K. McGough, #20481
McGoughLaw P.C., L.L.O.
319 S. 17th Street, Suite 333
Omaha, NE 68102
(402) 614-8655
jmcgough@mcgoughlaw.com

1

CERTIFICATE OF SERVICE

I certify that on June 30, 2026, I electronically filed the foregoing document with the

Clerk of the Court using the CM/ECF system, and sent a copy of the foregoing document via

electronic mail to the following person:

Mr. Shawn Wehde
Assistant United States Attorney
600 4th Street, Suite 670
Sioux City, IA 51101
shawn.wehde@usdoj.gov

/s/Jim K. McGough
For the Firm

2